# Court of Appeals
# of the State of Georgia

ATLANTA,  April 10, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1358. STRICKLAND v. STRICKLAND.**

The Appellant has filed a motion styled as a motion to dismiss which is properly considered as a **MOTION TO WITHDRAW APPEAL**. This motion is **GRANTED**.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/10/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*